JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | 2:24-cv-06278-MCS<br>Adversary Number, 2:15-ap-01535-BB<br>United States Bankruptcy Court<br>Los Angeles, 2:15-bk-20351-BB | Date | 2:24-cr-00659-MCS<br><br>October 3, 2024 |
|---|---|---|---|
| Title | *Murtagh v. Baker (In re Debtor Clark Warren Baker)* | | |

Present: The Honorable  Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):       Attorney(s) Present for Defendant(s):
None Present                                 None Present

**Proceedings:** (IN CHAMBERS) ORDER ACCEPTING REPORT AND RECOMMENDATION TO DISTRICT COURT FOR WITHDRAWAL OF REFERENCE AS TO DETERMINATION OF CRIMINAL CONTEMPT (ECF NO. 2)

Pursuant to Federal Rule of Bankruptcy Procedure 9033, the Court has reviewed the record in this matter, United States Bankruptcy Judge Sheri Bluebond's Report and Recommendation to District Court for Withdrawal of Reference as to Determination of Criminal Contempt (R. & R., ECF No. 2), and Debtor Clark Warren Baker's objections to the R. & R., (Objs., ECF No. 9). The Court overrules the objections, accepts the R. & R.'s findings of fact, and withdraws the reference pursuant to 28 U.S.C. § 157(d) for the limited purpose of considering criminal contempt as to Mr. Baker. While the Court declines to find Mr. Baker guilty of criminal contempt at this time, it will issue a separate order instituting criminal contempt proceedings against him.

/ / /

**ACCORDINGLY, IT IS SO ORDERED THAT**:

1. The R. & R. is accepted;

2. The reference is withdrawn pursuant to 28 U.S.C. § 157(d) for the limited purpose of considering criminal contempt proceedings against Mr. Baker;

3. Criminal contempt proceedings will be instituted against Mr. Baker; and

4. All other issues remain under the jurisdiction of the bankruptcy court.

**IT IS SO ORDERED.**

**cc:  Bankruptcy Court**